# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DARREL D. RALPH and SHARON V. RALPH, | ) )  ) |
| Plaintiffs and Counterclaim Defendants, | ) CIVIL ACTION FILE NO. ) 1:13-CV-4190 ) |
| v. | ) ) JURY TRIAL DEMANDED |
| BRIAN A. WHETSELL, BARBARA C. ANDREWS, STEVEN R. ANDREWS, S.R. ANDREWS, INC., and ATLANTA VIRTUAL.COM, INC., | ) ) ) ) ) |
| Defendants and Counterclaim Plaintiffs. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS STEVEN R. ANDREWS AND S.R. ANDREWS, INC.

Plaintiffs and defendants, by counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate and agree as follows:

1. The parties mediated this dispute on August 22 and 23, 2014. At the conclusion of the mediation, the parties reached an agreement in principle that would resolve all outstanding claims and result in the dismissal of this action with prejudice.

2. The parties are in the process of finalizing documents to memorialize the agreement reached at mediation. The parties anticipate that the documents

should be finalized and executed within the next 7-10 days, at which time all claims and counterclaims will be settled and this action will be dismissed with prejudice.

3. Counsel for defendant Steven R. Andrews has advised counsel for plaintiffs that Mr. Andrews is attempting to purchase a home that is scheduled for closing on or about September 12, 2014. According to counsel for defendant Andrews, the pendency of claims against Mr. Andrews and S.R. Andrews, Inc. will cause the mortgage company to refuse to close the transaction.

4. As an accommodation to Mr. Andrews, plaintiffs are willing to dismiss without prejudice all claims against Mr. Andrews and S.R. Andrews, Inc. with the expectation that the parties will ultimately finalize and execute the documents to resolve all claims and counterclaims in this action. In the event the all claims and counterclaims are not resolved, plaintiffs expressly reserve the right to refile all claims against Mr. Andrews and S.R. Andrews, Inc.

Therefore, it is hereby stipulated and agreed that the claims against defendants Steven R. Andrews and S.R. Andrews, Inc. are hereby dismissed without prejudice.

This 10th day of September, 2014.

        Respectfully submitted,

        */s/ Thomas J. Gallo*
        Thomas J. Gallo, Esq.
        Georgia Bar No. 283048
        BARNES & THORNBURG LLP
        Prominence in Buckhead
        Suite 1700
        3475 Piedmont Road, N.E.
        Atlanta, Georgia 30305
        Telephone:  (404) 846-1693
        Facsimile:   (404) 264.4033
        Thomas.Gallo@btlaw.com

        *Counsel for Plaintiffs and*
        *Counterclaim-Defendants*


        *s/Gary V. Stiner, Jr.*
        Mark D. Oldenburg
        Ga. Bar No. 551390
        Gary V. Stiner, Jr.
        Ga. Bar No. 682559
        Suite 200
        Peachtree City, GA 30269
        Telephone: 770.632.9500
        Facsimile: 770.632.0123
        gstiner@oldenburglaw.com

        *Counsel for Defendants*
        *and Counterclaimants*

ATDS01 234818v1