IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARREL D. RALPH and SHARON V. RALPH, <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> BRIAN A. WHETSELL, BARBARA C. ANDREWS, STEVEN R. ANDREWS, S.R. ANDREWS, INC., and ATLANTA VIRTUAL.COM, INC., <br><br> Defendants and Counterclaim Plaintiffs. | CIVIL ACTION FILE NO. 1:13-CV-4190 <br><br> JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Darrel D. Ralph and Sharon V. Ralph and defendants Brian A. Whetsell, Barbara C. Andrews and Atlanta Virtual.com, Inc., by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that this action, including the Complaint and Counterclaim, is hereby dismissed with prejudice.

This 1st day of December, 2014.

Respectfully submitted,

*/s/ Thomas J. Gallo*
Thomas J. Gallo, Esq.
Georgia Bar No. 283048
BARNES & THORNBURG LLP

1

Prominence in Buckhead
Suite 1700
3475 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone: (404) 846-1693
Facsimile:   (404) 264.4033
Thomas.Gallo@btlaw.com

*Counsel for Plaintiffs and
Counterclaim-Defendants*


*s/Gary V. Stiner, Jr.*
Mark D. Oldenburg
Ga. Bar No. 551390
Gary V. Stiner, Jr.
Ga. Bar No. 682559
THE OLDENBURG LAW FIRM
Suite 200
Peachtree City, GA 30269
Telephone: 770.632.9500
Facsimile: 770.632.0123
gstiner@oldenburglaw.com

*Counsel for Defendants
and Counterclaimants*

ATDS01 234818v1